

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRACI COLLINS, | § | No. 08-20-00041-CV |
| Appellant, | § | Appeal from the |
| v. | § | 53rd District Court |
| LENA LAXTON, | § | of Travis County, Texas[1] |
| Appellee. | § | (TC# D-1-FM-15-006800) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Appellant Traci Collins filed an unopposed motion for voluntary dismissal of this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs are taxed against the Appellant. *See* TEX.R.APP. P. 42.1(d).

April 8, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.